of the pronouncement of the courts of last resort in the State of Massachusetts and of New York, in cases on all fours with the one at bar, the court is led to the conclusion that the plaintiff in this cause cannot recover and an order will be made granting the motion of the defendant for judgment.

The Court deems it proper to mention that it is very doubtful if the Amended Petition in this cause states a cause of action in any event. The only attempt made to state a cause is the following, on page 2:

"Plaintiff further says that the defendant, Mae A. Webb, by procuring the assistance of the court in evicting the plaintiff on the ground that the defendant needed the premises for her "immediate and compelling" use and then never occupying said premises either for herself or her immediate family, committed a fraud both upon this plaintiff and the court."

It is nothing beyond a mere conclusion to say that procuring the assistance of a court to evict on a certain ground and to fail, later, to carry out the stated purpose, is a fraud. The court merely mentions this matter so that the plaintiff may be on guard in case this cause is finally called for trial in this court.

**McMULLEN, Plaintiff-Appellant, v. F. & R. LAZARUS & COMPANY et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 4640. Decided July 11, 1951.

Cowan & Adams, Columbus, for plaintiff-appellant.
Wiles & Doucher, Columbus, for defendants-appellees.

## OPINION

By THE COURT.

Submitted on motion of the appellee seeking an order dismissing the appeal on law and fact for the reason that this Court does not have jurisdiction to entertain such an appeal. The action is one for damages and is therefore not a chancery case. The motion will be sustained, but the case will be retained for determination on questions of law only as required by §11564 GC. The appellant will be granted leave to file bill of exceptions, assignments of error and brief in accordance with Supplement to Rule VII of this Court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.

## ON MOTION TO DISMISS APPEAL ON LAW AND FACT

No. 4641. Decided July 11, 1951.

## OPINION

By THE COURT.

Submitted on motion of the appellee seeking an order dismissing the appeal on law and fact for the reason that this Court does not have jurisdiction to entertain such an appeal. The action is one for damages and is therefore not a chancery case. The motion will be sustained, but the case will be retained for determination on questions of law only as required by §11564 GC. The appellant will be granted leave to file bill of exceptions, assignments of error and brief in accordance with Supplement to Rule VII of this Court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.

### McMULLEN et, Plaintiff-Appellant, v. F. & R. LAZARUS & COMPANY et, Defendants-Appellees.

Nos. 4640, 4641. Decided February 6, 1952.